UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

CHRISTY DANIEL,

    Plaintiff,

                              CASE NO.: 3:11-cv-00084-TCB

v.

THE RIDGE AT HICKORY., LLC, a Georgia limited
Liability company, TOM MARTIN, individually,
And NANCY ANDERSON, individually

    Defendants.

_____/

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COME(S) NOW the Plaintiff, CHRISTY DANIEL, by and through the undersigned attorneys, pursuant to Local Rules of Civil Procedure, hereby file(s) this Notice of Dismissal of the above-styled cause **without** prejudice as to Defendants, THE RIDGE AT HICKORY, LLC., a Georgia limited liability company, TOM MARTIN, individually, and NANCY ANDERSON, individually.

Dated this 11<u>th</u> day of October, 2011.

                            Respectfully Submitted,

                            **s/DEIDRE M. STEPHENS**
                            Deidre M. Stephens, Esq.,
                            Morgan & Morgan, P.A.
                            191 Peachtree Street, N.E.
                            Suite 4200
                            Atlanta, GA 30303
                            Telephone: (404) 965-8811

                            Attorneys for Plaintiff

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished,

by electronic filing, this  $\underline{11^{th}}$  day of October, 2011, and U.S. Mail to:

The Ridge at Hickory, LLC.-Defendant
430 Hickory Ridge Road
Meansville, GA 30256

Tom Martin-Defendant
430 Hickory Ridge Road
Meansville, GA 30256

Nancy Anderson-Defendant
430 Hickory Ridge Road
Meansville, GA 30256

**<u>s/DEIDRE M. STEPHENS</u>**
Deidre M. Stephens, Esq.
